

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00687-CV

**INTEREST OF J.A.R.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01303
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal of a September 13, 2018 order terminating the parental rights of appellant. The appeal must be disposed of by this court within 180 days from the date notice of appeal was filed. TEX. R. JUD. ADMIN. 6.2. The appellant's notice of appeal was filed in the trial court on September 24, 2018. The appellate record was complete on October 15, 2018, making the original due date for the appellant's brief November 5, 2018. Appellant requested and received one extension of twenty days, extending the deadline for the appellant's brief to November 26, 2018. As of this date, neither the appellant's brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing **within ten (10) days** from the date of this order why her appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 28.4(a)(1), 38.8(a)(1).

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court